THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-cr-339-MEF |
| | ) | |
| ROUZBEH "ROSS" HAGHIGHAT | ) | Hon. Michael E. Farbiarz |
| BEHROUZ "BRUCE" HAGHIGHAT | ) | |
| KIRSTYN M. PEARL, SEYEDFARBOD | ) | |
| "FABIO" SABZEVARI, and | ) | |
| JAMES D. ROBERGE | ) | |

### NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, Defendant Behrouz ("Bruce") Haghighat, by and through his counsel, Berliner Corcoran & Rowe LLP, shall move the Honorable Michael E. Farbiarz, United States District Judge for the District of New Jersey, for an entry of an order that dismisses with prejudice all the counts of the Indictment against him.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant Haghighat shall rely upon the accompanying Memorandum of Law, filed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: August 8, 2025                    Respectfully submitted,

                                         By:   */s/ William F. Coffield*

                                         William F. Coffield, IV
                                         Laina C. Lopez
                                         BERLINER CORCORAN & ROWE LLP
                                         1101 17th Street NW, Suite 1100
                                         Washington, D.C. 20036
                                         Tel.: (202) 293-3033
                                         wcoffield@bcrlaw.com
                                         llopez@bcrlaw.com

                                         *Counsel for Defendant Behrouz "Bruce" Haghighat*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-cr-339-MEF |
| | ) | |
| ROUZBEH "ROSS" HAGHIGHAT | ) | Hon. Michael E. Farbiarz |
| BEHROUZ "BRUCE" HAGHIGHAT | ) | |
| KIRSTYN M. PEARL, SEYEDFARBOD | ) | |
| "FABIO" SABZEVARI, and | ) | |
| JAMES D. ROBERGE | ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT BEHROUZ HAGHIGHAT'S MOTION TO DISMISS**

**THIS MATTER** having come before the Court on the motion of counsel for Defendant Behrouz "Bruce" Haghighat for an order dismissing the Indictment; and the Court having considered the submissions of the parties and arguments of counsel; and for good cause shown;

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that Defendant Behrouz "Bruce" Haghighat's motion is hereby **GRANTED**; and it is further

**ORDERED** that all counts of the indictment against Defendant Behrouz "Bruce" Haghighat are hereby **DISMISSED WITH PREJUDICE.**

　
　
　
　
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael E. Farbiarz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge