# Exhibit 2

I, Behrouz "Bruce" Haghighat, acknowledge that since mid-March of 2025, I have been represented by William Coffield and Laina Lopez of the law firm Berliner, Corcoran & Rowe, LLP. Mr. Coffield provided me with a copy of the Government's letter to all counsel dated June 10, 2025, and I have reviewed it. I had a discussion with Mr. Coffield about the substance of the letter, and he offered independent counsel with whom I could separately consult. I do not believe that there is any conflict; however, should a conflict be deemed to exist, I hereby knowingly agree to waive that conflict so that Mr. Coffield, Ms. Lopez, and their firm may continue to represent me.

Behrouz "Bruce" Haghighat

Date: June 13, 2025