# Exhibit 3



August 8, 2025

SENT VIA ELECTRONIC MAIL

Mr. John Mezzanotte
Mr. John Liolos
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102

*Re: United States v. Haghighat et al., No. 25-CR-339 (MEF)*

Dear Mr. Mezzanotte and Mr. Liolos:

    I write in response to your letter of June 10, 2025, regarding potential conflicts of interest in this matter. Our firm has obtained the appropriate informed written consent from Ms. Pearl to our representation in light of the fact that her former counsel, Berliner Corcoran & Rowe, will continue to represent a co-defendant in this matter.

    We trust this response addresses your concern. If you would like to discuss it further, please let me know.

Sincerely,

Sara E. Kropf

ADDRESS 1100 H Street NW Suite 1220 Washington, DC 20005 • EMAIL sara@kmlawfirm.com • PHONE 202-627-6900