# Exhibit 4

| | |
|---|---|
| **From:** | Lustberg, Lawrence S |
| **To:** | Liolos, John (CRM); Janukowicz, Kate E. |
| **Subject:** | [EXTERNAL] RE: US v. Haghighat, et al., 25-cr-339 (DNJ) |
| **Date:** | Tuesday, August 12, 2025 2:31:38 PM |

John – Apologies – I thought I had responded to this earlier.

Mr. Sabzevari does not believe that there is any conflict posed by his prior representation by Mr. Coffield and his firm. That said, after a thorough discussion of the matter with me, he would waive a conflict if one is found to exist, which he has confirmed to me in an email.  Thank you.

Larry

**LAWRENCE S. LUSTBERG** | Director
Co-Chair, White Collar & Investigations Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com

---

**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Sent:** Tuesday, August 12, 2025 10:04 AM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>; Janukowicz, Kate E. <KJanukowicz@gibbonslaw.com>
**Subject:** FW: US v. Haghighat, et al., 25-cr-339 (DNJ)

> **External Email:** Use caution with links and attachments.

*dropping Ms. Kropf

Hi Larry and Kate,

I hope you're well. Do you intend to respond to our June 10 letter? As I stated in the letter, we believe the Court should be apprised of the circumstances and we plan to do so. The other affected Defendants have provided responses. Please let us know promptly whether you and Mr. Sabzevari have responses.

Thank you,
John

**From:** Sara Kropf <sara@kmlawfirm.com>
**Sent:** Friday, August 8, 2025 5:35 PM
**To:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Janukowicz, Kate E. <kjanukowicz@gibbonslaw.com>
**Subject:** [EXTERNAL] RE: US v. Haghighat, et al., 25-cr-339 (DNJ)

John

Attached is our response to your June 10 letter.

Regards,
Sara

**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Sent:** Wednesday, August 6, 2025 5:10 PM
**To:** Sara Kropf <sara@kmlawfirm.com>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Janukowicz, Kate E. <kjanukowicz@gibbonslaw.com>
**Subject:** RE: US v. Haghighat, et al., 25-cr-339 (DNJ)

Thank you.

**From:** Sara Kropf <sara@kmlawfirm.com>
**Sent:** Wednesday, August 6, 2025 5:07 PM
**To:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Janukowicz, Kate E. <kjanukowicz@gibbonslaw.com>
**Subject:** [EXTERNAL] RE: US v. Haghighat, et al., 25-cr-339 (DNJ)

John

I will get you a response this week—I haven't forgotten about the letter.

Thanks
Sara

**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Sent:** Thursday, July 31, 2025 8:46 PM
**To:** Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Janukowicz, Kate E. <kjanukowicz@gibbonslaw.com>; Sara Kropf <sara@kmlawfirm.com>
**Subject:** FW: US v. Haghighat, et al., 25-cr-339 (DNJ)

Counsel,

We have not received your responses to this letter. Please provide responses by August 5, 2025.

Thank you,
John


**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-768-2246

---

**From:** Liolos, John (CRM)
**Sent:** Tuesday, June 10, 2025 9:52 PM
**To:** William Coffield <wcoffield@bcrlaw.com>; Laina Lopez <llopez@bcrlaw.com>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Guarracino, Jessica L. <jguarracino@gibbonslaw.com>; Janukowicz, Kate E. <kjanukowicz@gibbonslaw.com>; Zach Intrater <zach@agilawgroup.com>
**Cc:** Mezzanotte, John (USANJ) <John.Mezzanotte@usdoj.gov>; Fee, Adam J. <adamfee@paulhastings.com>; Gross, Paul C. <paulgross@paulhastings.com>
**Subject:** US v. Haghighat, et al., 25-cr-339 (DNJ)

Counsel,

Please see the attached correspondence. We remain available to discuss as necessary.

Regards,
John


**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-768-2246


**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any

attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.