# Exhibit 5

| | |
|---|---|
| **From:** | Liolos, John (CRM) |
| **Sent:** | Tuesday, August 12, 2025 10:10 AM |
| **To:** | Zach Intrater |
| **Cc:** | Mezzanotte, John (USANJ) |
| **Subject:** | RE: US v. Haghighat, et al., 25-cr-339 (DNJ) |

Following up here. As we stated in the June 10 letter, we believe the Court should be apprised of the circumstances. Please promptly provide the contemplated waiver. Thank you.

**From:** Liolos, John (CRM)
**Sent:** Thursday, July 31, 2025 8:47 PM
**To:** Zach Intrater <zach@agilawgroup.com>
**Cc:** Mezzanotte, John (USANJ) <John.Mezzanotte@usdoj.gov>
**Subject:** RE: US v. Haghighat, et al., 25-cr-339 (DNJ)

Counsel,

I don't believe we've received this waiver. Could you please provide it on or before August 5, 2025?

Thank you,
John

**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-768-2246

**From:** Liolos, John (CRM)
**Sent:** Monday, June 16, 2025 9:50 AM
**To:** Zach Intrater <zach@agilawgroup.com>
**Cc:** Mezzanotte, John (USANJ) <John.Mezzanotte@usdoj.gov>
**Subject:** RE: US v. Haghighat, et al., 25-cr-339 (DNJ)

Thanks very much, Zach.

**From:** Zach Intrater <zach@agilawgroup.com>
**Sent:** Monday, June 16, 2025 8:51 AM
**To:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Cc:** Mezzanotte, John (USANJ) <John.Mezzanotte@usdoj.gov>
**Subject:** [EXTERNAL] Re: US v. Haghighat, et al., 25-cr-339 (DNJ)

Hi,

Thank you for the letter; I have been able to discuss this at length with my client.

1

I don't believe that there is any actual conflict, and that the potential conflict would be remote and curable.

Nonetheless, my client and I will execute a waiver substantially along the lines as that which you've received from a couple of the other defendants already; I expect to have it for you either today or in the next couple of days.

Thanks,
Zach

Zach Intrater
Agnifilo Intrater LLP
445 Park Avenue, 7th Fl.
New York, NY 10022
(917) 721-7331
zach@agilawgroup.com

---

**From:** "Liolos, John (CRM)" <John.Liolos@usdoj.gov>
**Date:** Tuesday, June 10, 2025 at 9:52 PM
**To:** William Coffield <wcoffield@bcrlaw.com>, Laina Lopez <llopez@bcrlaw.com>, "llustberg@gibbonslaw.com" <llustberg@gibbonslaw.com>, "Guarracino, Jessica L." <jguarracino@gibbonslaw.com>, "Janukowicz, Kate E." <kjanukowicz@gibbonslaw.com>, Zach Intrater <zach@agilawgroup.com>
**Cc:** "Mezzanotte, John (USANJ)" <John.Mezzanotte@usdoj.gov>, "Fee, Adam J." <adamfee@paulhastings.com>, "Gross, Paul C." <paulgross@paulhastings.com>
**Subject:** US v. Haghighat, et al., 25-cr-339 (DNJ)

Counsel,

Please see the attached correspondence. We remain available to discuss as necessary.

Regards,
John

**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-768-2246

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.