UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Michael E. Farbiarz |
| v. : | |
| : | Crim No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, : | |
| BEHROUZ "BRUCE" HAGHIGHAT, : | |
| KIRSTYN M. PEARL, : | ORDER ON PRETRIAL |
| SEYEDFARBOD "FABIO" SABZEVARI, : | MOTIONS |
| and JAMES D. ROBERGE : | |
| : | |

These matters having come before the Court on a series of Motions by the United States' filter team (Steven Michaels, Esq., appearing), and defendants Rouzbeh "Ross" Haghighat (Adam J. Fee, Esq., appearing); Behrouz "Bruce" Haghighat (William Coffield, Esq., and Laina Lopez, Esq., appearing), Kirstyn M. Pearl (Paul Weinstein, Esq., appearing); Seyedfarbod "Fabio" Sabzevari (Lawrence S. Lustberg, Esq., appearing), and James D. Roberge (Zach Intrater, Esq., appearing) are resolved as follows:

IT IS THE ORDER OF THIS COURT that the:

1. Motion to Dismiss of Bruce Haghighat (ECF No. 79) is **DENIED.**

2. Motion to Dismiss, or in the alternative for a Bill of Particulars, of Kristyn Pearl (ECF No. 80) is **DENIED.**

3. Omnibus Pretrial Motions of Fabio Sabzevari (ECF No. 81) are **DENIED**, with the exception of the Motion to Suppress. Counsel for Mr. Sabzevari is directed to inform the Court whether Mr. Sabzevari

1

wishes to testify in support of his Motion to Suppress.

4. Motion to Suppress of Kirstyn Pearl (ECF No. 82) is **DENIED**, however, the Government is directed to provide a discovery letter to Ms. Pearl by 9:00 AM on Wednesday, October 1, 2025, at which point Ms. Pearl can renew her Motion if she chooses.

5. Omnibus Pretrial Motions of Ross Haghighat (ECF No. 83) are **DENIED.**

6. Omnibus Pretrial Motions of James Roberge (ECF No. 84) are **DENIED** in part and **GRANTED** in part. Specifically, Mr. Roberge's Motion for a *Franks* hearing is **GRANTED** with the limitations articulated by the Court on September 26, 2025; all other Motions are **DENIED.** Counsel for Mr. Roberge and the Government are directed to meet and confer and propose times for such a hearing.

7. All motions for severance, pursuant to Federal Rule of Criminal Procedure 14, are denied without prejudice to their being renewed as developments hereafter may warrant.

**IT IS SO ORDERED** on this 9th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Michael E. Farbiarz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge