# Exhibit A

| | |
|---|---|
| **From:** | Livshiz, Tamara (CRM) |
| **To:** | ▮▮▮▮▮▮▮ |
| **Cc:** | Fee, Adam; Liolos, John (CRM); Nicholson, Benjamin |
| **Subject:** | RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update |
| **Date:** | Tuesday, October 21, 2025 2:57:00 PM |
| **Attachments:** | image001.png |
| | image003.png |
| | image008.png |
| | US v Haghighat - Update re Phone Review 10.21.2025 (FINAL) with Attachments.pdf |
| | image002.png |
| | image007.png |

Thank you, Ms. Olivieri.  First, I inadvertently attached a version without exhibits.  The corrected version is attached.  Second, we believe we have been filing with the clerk's office consistent with the local rules for filing under seal.  Please let us know if you believe we inadvertently followed an incorrect process.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, October 21, 2025 12:56 PM
**To:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>
**Cc:** Fee, Adam <Adam.Fee@weil.com>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Nicholson, Benjamin <Benjamin.Nicholson@weil.com>
**Subject:** [EXTERNAL] RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

Counsel,

All submissions **requiring filing under seal** must be **addressed directly to the Clerk's Office**, clearly noting that the filing is to be made under seal. Please also provide chambers with a courtesy copy of your submission for the Judge's review.

Please note that mailing a copy directly to chambers does not result in the submission being filed on the court's docket**.**



**From:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>
**Sent:** Tuesday, October 21, 2025 12:49 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Fee, Adam <Adam.Fee@weil.com>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Nicholson,

Benjamin <Benjamin.Nicholson@weil.com>
**Subject:** RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

**CAUTION - EXTERNAL:**


Dear Chambers,

Please see attached an update letter as ordered by the Court (ECF No. 139), which we are
filing under seal.  We are coordinating paper delivery consistent with the local rules.


Best,
Toma

---

**From:** Nicholson, Benjamin <Benjamin.Nicholson@weil.com>
**Sent:** Monday, October 13, 2025 9:07 PM
**To:** ██████████████████████████████████████
**Cc:** Fee, Adam <Adam.Fee@weil.com>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Livshiz, Tamara
(CRM) <Tamara.Livshiz@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update


Dear Chambers,

Please see attached Mr. Haghighat's further response letter, which we are filing under seal and
for which we will coordinate paper delivery pursuant to Local Rule 5.2(10)(b).


Thanks,
Ben




**Ben Nicholson**
Counsel

Weil, Gotshal & Manges LLP
1999 Avenue of the Stars, 18th Floor
Los Angeles, California 90067
benjamin.nicholson@weil.com
+1 213 667 5264 Direct

**From:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>
**Sent:** Friday, October 10, 2025 1:22 PM
**To:** ██████████████████████████████████████
**Cc:** Fee, Adam <Adam.Fee@weil.com>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Nicholson, Benjamin <Benjamin.Nicholson@weil.com>
**Subject:** RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

Dear Chambers,

Attached please find a short letter responding to yesterday's letter from Mr. Haghighat, which is being delivered in paper copy to the Court in accordance with local rules.  If the Court deems it appropriate, the United States can propose limited redactions for the three letters on this topic and—subject to the Court's approval of the proposed redactions—file redacted versions of all three letters on the public docket.

Have a good weekend.

Thank you,
Tamara

**Tamara Livshiz**
U.S. Department of Justice
Criminal Division
Cell: (202) 674-5670
Tamara.Livshiz@usdoj.gov

---

**From:** Nicholson, Benjamin <Benjamin.Nicholson@weil.com>
**Sent:** Thursday, October 9, 2025 5:34 PM
**To:** ██████████████████████████████████████
**Cc:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>; Fee, Adam <Adam.Fee@weil.com>; Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

Dear Chambers,

Please see attached Mr. Haghighat's response letter, which we are filing under seal and for which we will coordinate paper delivery pursuant to Local Rule 5.2(10)(b).

Thanks,

Ben



**Ben Nicholson**
Counsel

Weil, Gotshal & Manges LLP
1999 Avenue of the Stars, 18th Floor
Los Angeles, California 90067
benjamin.nicholson@weil.com
+1 213 667 5264 Direct

---

**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Sent:** Wednesday, October 8, 2025 7:16 AM
**To:** ████████████████████████ Fee, Adam
<Adam.Fee@weil.com>
**Cc:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>; Nicholson, Benjamin
<Benjamin.Nicholson@weil.com>
**Subject:** RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

Great, thank you very much. Please let us know if there's anything further we can do to assist.

Thank you,
John

**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-768-2246

---

**From:** ████████████████████████████████
**Sent:** Wednesday, October 8, 2025 8:02 AM
**To:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Fee, Adam <Adam.Fee@weil.com>
**Cc:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>; Nicholson, Benjamin
<Benjamin.Nicholson@weil.com>
**Subject:** [EXTERNAL] RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

Counsel,

The letter and proposed order is pending before the Judge.



**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Sent:** Tuesday, October 7, 2025 7:09 PM
**To:** Fee, Adam <Adam.Fee@weil.com>; ███████████████████████
████████████████
**Cc:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>; Nicholson, Benjamin
<Benjamin.Nicholson@weil.com>
**Subject:** RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

<mark>CAUTION - EXTERNAL:</mark>

Hi Ms. Olivieri,

Following up on this, I understand from the legal assistant who provided the letter to the Clerk's
Office that the current process for sealed filings is for the return of a file-stamped copy by the return
envelope provided to the Clerk's Office with the hard copies. The legal assistant is awaiting the return
of the file-stamped copy by the envelope she included that was addressed to herself. We will let you
all know when she receives it and provide a copy.

Please let us know if you have questions or we can be of further assistance.

Thank you,
John

**From:** Liolos, John (CRM)
**Sent:** Friday, October 3, 2025 3:33 PM
**To:** 'Fee, Adam' <Adam.Fee@weil.com>; ███████████████████████
████████████████
**Cc:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>; Nicholson, Benjamin
<Benjamin.Nicholson@weil.com>
**Subject:** RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

Hi Adam,

I've attached the letter and proposed order that we had submitted to the Clerk in hard copy. We have not yet received any file-stamped versions, but will be sure to circulate if and when we do.

Unfortunately, the D.N.J. paralegal who assisted us is out of the office today and the supervisor she provided as a contact has an out of office message explaining she has been furloughed. I've inquired with both the paralegal and supervisor for an update and will provide one when received.

Thank you,
John

**From:** Fee, Adam <Adam.Fee@weil.com>
**Sent:** Friday, October 3, 2025 3:08 PM
**To:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; ███████████████

██████████
**Cc:** Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>; Nicholson, Benjamin <Benjamin.Nicholson@weil.com>
**Subject:** [EXTERNAL] Re: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update


Please provide a copy of the filed documents to us as well. Thank you.


**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Sent:** Friday, October 3, 2025 12:05:51 PM
**To:** ████████████████████
**Cc:** Fee, Adam <Adam.Fee@weil.com>; Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>
**Subject:** RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update


Hi Ms. Olivieri,

Apologies, we had two copies of the letter and proposed order hand delivered to the Clerk's Office yesterday morning, addressed to the attention of Chambers c/o of you, along with a return envelope. We received confirmation it was delivered to the Clerk. Please let us know if there's anything else we can do to facilitate or if there is anything else you need.

Thank you very much.

Best,
John

**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

1400 New York Avenue NW
Washington, DC 20005
202-768-2246

---

**From:** ████████████████████████████████████████████
**Sent:** Friday, October 3, 2025 2:58 PM
**To:** Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Cc:** Adam.Fee@weil.com; Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update
**Importance:** High

Counsel,

I have not seen the letter memorializing the information in this email filed on the docket.  Please advise when you anticipate doing so. Or, if you provided the letter in hard copy as sealed to the Clerk's Office.



---

**From:** Liolos, John (CRM) <John.Liolos@usdoj.gov>

**Sent:** Tuesday, September 30, 2025 6:08 PM
**To:** ██████████████████████████████
**Cc:** Adam.Fee@weil.com; Livshiz, Tamara (CRM) <Tamara.Livshiz@usdoj.gov>
**Subject:** US v. Haghighat, 25-cr-339 (D.N.J.) - Requested Update

<mark>CAUTION - EXTERNAL:</mark>

Dear Chambers,

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
████

- ████████████████████████████████████████
  ████████████████████████████████████████
  █████████████

- ████████████████████████████████████████
  ██████████████████████████████████████
  █████████████

  - ██████████████████████████████████████
    ██████████████████████████████████████
    ████████████████████████████████████
    ██████████████████████████

  - ██████████████████████████████████████
    ██████████████████████████████████████
    ██████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

██████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████



We will continue to press the review team for updates and keep the Court and counsel apprised. Please let us know if you have questions at this time or would like anything else, including a letter on the docket. Thank you very much for your time and consideration.

Best regards,

John

**John J. Liolos**
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-768-2246

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.